UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                   :

VERONICA QUINTERO,                         :

                Plaintiff,            :

              -v-               :                25 Civ. 486 (JPC)

KAMIAR MOALEMZADEH a/k/a KAMMY    :               ORDER
MOALEMZADEH and BRETT HELSHAM,    :

            Defendants.       :

--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement in principle on all issues. Accordingly, it is hereby ordered that the parties shall submit paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by June 12, 2025.

      SO ORDERED.

Dated: May 29, 2025
      New York, New York                      _____
                                          JOHN P. CRONAN
                                    United States District Judge