

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

June 11, 2025

<u>VIA ECF</u>
Hon. John P. Cronan
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  The parties' time to submit all paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, is extended to July 11, 2025.

SO ORDERED
June 12, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   *Veronica Quintero v. Kamiar Moalemzadeh, et al.*
         <u>Docket No. 25-cv-00486 (JPC)</u>

Dear Judge Cronan:

      This firm represents Plaintiff Veronica Quintero in this matter against Defendants Kamiar Moalemzadeh a/k/a Kammy Moalemzadeh and Brett Helsham (collectively as "Defendants") for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law.  Following mediation, the Court entered an order directing Plaintiff to submit a motion for approval of the parties' settlement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by June 12, 2025.  Since that order, the parties have made substantial progress negotiating the terms of their settlement.  However, the parties require additional time to finalize their settlement negotiations.  Accordingly, Plaintiff requests, with Defendants' consent, that the time for Plaintiff to submit her settlement materials be extended from June 12, 2025 until July 11, 2025.  This is Plaintiff's first request for the relief sought.

      We thank the Court for its kind consideration of this request.

Respectfully submitted,

_____
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record

490 Wheeler Road, Suite 277, Hauppauge, New York 11788  •  (631) 257-5588  •  overtimelawny.com