

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

July 9, 2025

<u>VIA ECF</u>
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The parties' time to submit all paperwork in connection with any settlement requiring Court approval under Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, is extended to July 25, 2025.
>
> SO ORDERED
> July 10, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

    Re:    *Veronica Quintero v. Kamiar Moalemzadeh, et al.*
              <u>Docket No. 25-cv-00486 (JPC)</u>

Dear Judge Cronan:

    This firm represents Plaintiff Veronica Quintero in this matter against Defendants Kamiar Moalemzadeh a/k/a Kammy Moalemzadeh and Brett Helsham (collectively as "Defendants"). Following mediation, the Court entered an order directing the parties to submit all paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015) by July 11, 2025. Since that order, the parties have worked diligently to finalize the terms of their settlement and need a brief amount of additional time to complete and execute their settlement papers. Accordingly, Plaintiff requests, with Defendants' consent, that the time for the parties to submit their settlement materials be extended from July 11, 2025 until July 25, 2025. Plaintiff sought one prior extension of this deadline, which was granted.

    We thank the Court for its kind consideration of this request.

Respectfully submitted,

_____
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record

490 Wheeler Road, Suite 277, Hauppauge, New York 11788  •  (631) 257-5588  •  overtimelawny.com