

Peter A. Romero, Esq.
David D. Barnhorn, Esq.
_____
Matthew J. Farnworth, Esq.

August 14, 2025

<u>VIA ECF</u>
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The parties' time to submit all paperwork in connection with any settlement requiring Court approval under Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, is extended to August 29, 2025.
>
> SO ORDERED
> August 15, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: *Veronica Quintero v. Kamiar Moalemzadeh, et al.*
<u>Docket No. 25-cv-00486 (JPC)</u>

Dear Judge Cronan:

      This firm represents Plaintiff Veronica Quintero in this matter against Defendants Kamiar Moalemzadeh a/k/a Kammy Moalemzadeh and Brett Helsham (collectively as "Defendants"). Following mediation, the Court entered an order directing the parties to submit all paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015) by August 15, 2025. Since that order, the parties have worked diligently to finalize the terms of their settlement, but need a brief amount of additional time for the parties to execute their settlement papers. The parties are expected to execute their settlement papers in the coming days. Additionally, Plaintiff's counsel recently was out of the office for a vacation and Defendants' counsel is currently traveling, partially leading to the parties' need for this extension. Accordingly, Plaintiff requests, with Defendants' consent, that the time for the parties to submit their settlement materials be extended from August 15, 2025 until August 29, 2025. Plaintiff sought three prior extensions of this deadline, which were granted.

      We thank the Court for its kind consideration of this request.

Respectfully submitted,

*David Barnhorn*

_____
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com