**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERONICA QUINTERO,<br><br>                Plaintiff,<br><br>-against-<br><br>KAMIAR MOALEMZADEH a/k/a KAMMY MOALEMZADEH, and BRETT HELSHAM,<br><br>                Defendants. | Civil Case No. 1:25-cv-00486-JPC<br><br>**JUDGMENT** |

**The Court Orders that:**

Plaintiff Veronica Quintero recover from Defendants Kamiar Moalemzadeh and Brett Helsham, jointly and severally, the total amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 25).

Dated:   New York, New York

        _____September 3_____, 2025

                                                **SO ORDERED:**

                                                _____
                                                Hon. John P. Cronan
                                                United States District Judge